## United States Bankruptcy Court

## Southern District of California

In Re:   Sustainable San Diego, Inc.

Case No:
Chapter: 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Dustin T. Johnston, declare under penalty of perjury that I am the President of Suystainable San Diego, Inc. and that on November 17, 2022  the following resolution was duly adopted by the Board of this Corporation:

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Dustin T. Johnston, the President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that Dustin T. Johnston, the President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved that Dustin T. Johnston, the President of this Corporation, is authorized and directed to employ Michael R. Totaro and the law firm of Totaro & Shanahan to represent the Corporation in such bankruptcy case."

Executed on: November 17, 2022          Signed: _Dustin T. Johnston_

Dustin T. Johnston
President