Michael R. Totaro 102229
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
310 573 0276 (v)
310 496 1260 (f)

Attorneys For Debtor/Debtor in Possession

# IN THE UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

In re

Sustainable San Diego, Inc.

Debtor in Possession

Chapter 11

Case No: 3:bk:02982

DECLARATION OF DUSTIN T. JOHNSTON RE SMALL BUSINESS

I, Dustin T. Johnston, declare as follows:

1.  I am the President and sole shareholder for debtor in the above entitled matter. As such I have personal knowledge of the following facts and if called to testify I could and would competently testify thereto.

2.  Pursuant to 11 U.S.C. 1116(1)(b) Debtor has not produced any balance sheet, has no statement of operations, has no cash-flow statement pre-petition, and has not filed any Federal Income Tax returns as Debtor has not yet conducted any business other than the purchase of the properties.

3. Post-petition I will be gifting funds to the Debtor to pay the following expenses on a monthly basis when appropriate:

    a. Mortgage: $2,500.00

    b. Insurance: $300.00

    c. Property Taxes: $850.00 (Paid into account monthly)

    d. Quarterly Trustee Fee: $83.33 (Paid to account monthly)

    e. Maintenance and Rehab: $500 Ongoing $25,000 now to complete.

4. The total I will be gifting to the Corporation on a monthly basis will be approximately $4,233.33 If other expenses arise, I will also contribute funds to pay those expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 17, 2022, at San Diego.

*Dustin T. Johnston* (signature)
Dustin T. Johnston
President, Sustainable San Diego, Inc.